DOROTHY M. FURMAN v. DAVID W. CADE.— Motion to dismiss appeal denied, with leave to renew if the appeal be not perfected and ready for argument on or before October 4, 1927. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

THE EQUITABLE TRUST COMPANY OF NEW YORK and Others v. WILLIAM MURDOCH.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD PURTELL v. ROBERT BARR, the Warden of the City Prison.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

CHARLES R. COX v. NINTH AVENUE RAILROAD COMPANY.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

ANGELINA DE FAZIO v. METROPOLITAN LIFE INSURANCE COMPANY.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

IRONCRAFT, INC., v. FINCUS BURGER.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

ABRAHAM S. BIRSH v. HARRY THALER.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

JAMES R. HATMAKER v. HAROLD S. MACKAYE.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

CORNELIUS E. O'GRADY v. ZURICH GENERAL ACCIDENT AND LIABILITY INSURANCE COMPANY, LTD.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

McCUTCHEON REALTY CORPORATION v. JOHN P. KILB.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

THOMAS B. GILCHRIST and Another v. MINNIE BURKHARDT.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

EDWARD COLEMAN v. NEW AMSTERDAM CASUALTY COMPANY.— Motion for leave to appeal to Court of Appeals granted; motion for stay granted upon plaintiff's filing the undertaking required by section 593 of the Civil Practice Act. Present — Dowling, P. J., Merrell, Finch and McAvoy, JJ.

FANNIE LEVY v. MARTIN ZINN and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LENCO, INC., v. HARRY HIRSCHFELD.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

MARY R. GOELET, Individually, and Others, v. ELDAR RESTAURANT CO., INC., and Others.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs; motion for a stay granted upon appellants' filing the undertaking required by section 593 of the Civil Practice Act. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.